

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00641-CV

Robert **MARX** and Debbie Marx,
Appellants

v.

**FDP, LP,**
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-03-0101-CVW
Honorable Stella Saxon, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on January 9, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court